FILED
CLERK, U.S. DISTRICT COURT
MAR - 4 2013
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND BURT FOREMAN,<br><br>    Petitioner,<br><br>    v.<br><br>RANDY GROUNDS, WARDEN,<br><br>    Respondent. | CASE NO. CV 10-5563-SVW (PJW)<br><br>J U D G M E N T |

    Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED:     3/4/13 .

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

S:\PJW\Cases-State Habeas\FOREMAN, R 5563\Judgment.wpd